```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF KENTUCKY
                    NORTHERN DIVISION AT COVINGTON
```

CIVIL ACTION NO. 2:19-cv-0092 (WOB-CJS)

JEFF RIECK                                              PLAINTIFF

VS.                            <u>ORDER</u>

HOUSING AUTHORITY OF COVINGTON, ET AL.                 DEFENDANTS

This matter is before the Court on defendant Stephen McMurtry's motion to dismiss and defendant Housing Authority of Covington's ("HAC") motion for partial judgment on the pleadings. (Docs. 18, 21).

The Court held a telephonic hearing on these motions on Thursday, June 11, 2020. David Torchia represented plaintiff, Derrick Wright represented defendant HAC, and Loren Prizant represented defendant McMurtry. Court reporter Lisa Wiesman recorded the proceedings.

Having heard the parties, and the Court being advised,

**IT IS ORDERED** that the above motions (Doc. 18, 21) be **GRANTED IN PART AND DENIED IN PART.**

For the reasons stated on the record, the motions are **GRANTED** with respect to plaintiff's claim of intentional interference with an employment relationship and that claim is **DISMISSED.**

Concerning the defamation claim against defendant McMurtry and HAC, the motions are **DENIED WITHOUT PREJUDICE**. The parties shall have **UNTIL JULY 13, 2020** to complete limited discovery on the defamation claim. Should defendants decide to renew their motions with respect to the defamation claim, they are directed to do so **WITHIN 30 DAYS OF THE LIMITED DISCOVERY PERIOD**. Plaintiff will then have **30 days** to respond, and defendants will have **15 days** from plaintiff's response to file a reply.

**The deadline for all other discovery is set for January 15, 2021, with summary judgment motions due by February 16, 2021.**

This 11th day of June 2020.



Signed By:
William O. Bertelsman
United States District Judge

TIC: 29 minutes